# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2018

## NO. 03-17-00684-CV

**Progressive County Mutual Insurance Company, Appellant**

**v.**

**Edwin Eminike, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on October 5, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and renders judgment in favor of appellant. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.